JS6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KOBEISSI, as Trustee of the Kobeissi Residence Trust, and SANDY KOBEISSI, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>CATLIN INSURANCE COMPANY, INC., a Texas Corporation, and Does 1 to 25, inclusive<br><br>Defendants. | Case No. 2:22-cv-07812-RGK-KS<br><br>[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [22]<br><br>[Hon. R. Gary Klausner; Courtroom 850]<br><br>Pretrial Conference: July 31, 2023<br>Trial Date: August 15, 2023 |

## ORDER OF THE COURT

Based upon the stipulation of the parties, in light of the parties settlement, and good cause appearing therein, the Court grants the parties' joint stipulation and orders as follows:

1. The parties joint stipulation for dismissal of the above-entitled action, with prejudice as to all claims, causes of action, and the parties, is granted pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii);

///

2. In granting the parties request, the July 31, 2023 pretrial conference and August 15, 2023 trial have been vacated.

**IT IS SO ORDERED.**

Dated: July 27, 2023

*[signature]*

Hon. R. Gary Klausner
UNITED STATES DISTRICT JUDGE